Case 1:15-cr-00029-LJO-SKO   Document 3   Filed 01/29/15   Page 1 of 2

1 BENJAMIN B. WAGNER
United States Attorney
2 MELANIE L. ALSWORTH
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA   93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America
7



SEALED
FILED
JAN 29 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8            IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           CASE NO. 1:15 CR 00029 SKO

12      Plaintiff,                     MOTION AND ~~PROPOSED~~ ORDER TO
                                       SEAL INDICTMENT
13

14      v.

15 JIMMIE RASHAD JACKSON,

16      Defendant.

17

18

19      The government moves the Court, pursuant to Rule 6(e) of the

20 Federal Rules of Criminal Procedure, to order and direct that the

21 Indictment returned by the Grand Jury on January 29, 2015, charging

22 the above defendant with 18 U.S.C. § 922(g)(1) - Prohibited Person in

23 Possession of a Firearm; and 18 U.S.C. §§ 924(d) and 924(d)(1), and

24 28 U.S.C. § 2461(c)- Criminal Forfeiture Allegation be kept secret

25 until the defendant named in this Indictment is either in custody or

26 has been given bail on these offenses; and further order that until

27 such time as the defendant is in custody or has been given bail, that

28 no person shall disclose the finding of the Indictment or any

Motion to Seal Indictment                    1

1  warrant issued pursuant thereto, except when necessary for the
2  issuance and execution of the warrant.
3  DATED: January 29, 2015            Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                             By       /s/ Melanie L. Alsworth
                                      MELANIE L. ALSWORTH
                                      Assistant U.S. Attorney


   IT IS SO ORDERED.

Dated:   January 29, 2015          _____
                                   U.S. Magistrate Judge

Motion to Seal Indictment                    2