HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JIMMIE RASHAD JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00029-LJO-SKO |
| Plaintiff, | |
| vs. | **STIPULATION TO ADVANCE HEARING DATE AND RESET FOR A CHANGE OF PLEA HEARING; ORDER** |
| JIMMIE RASHAD JACKSON, | |
| Defendant. | Date: June 15, 2015<br>Time: 10:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Melanie L. Alsworth, Counsel for Plaintiff, and Assistant Federal Defender, Jerome Price, Counsel for Defendant, Jimmie Rashad Jackson, that the status conference currently set for June 29, 2015, at 1:00 p.m. may be vacated and reset for a change of plea hearing on June 15, 2015, at 1:00 p.m. before District Judge Lawrence J. O'Neill.

The parties have entered into a plea agreement and have agreed to advance the matter for a change of plea on June 15, 2015.

///

///

///

///

///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 5, 2015    */s/ Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant United States Attorney
Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: June 5, 2015    */s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
JIMMIE RASHAD JACKSON


**O R D E R**

For the reasons set forth above, the status conference set for June 29, 2015 will be vacated and the matter will be set for a Change of Plea hearing on June 15, 2015 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **June 5, 2015**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

Jackson:  Stipulation to Advance Change of Plea Hearing                -2-