IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIMMIE RASHAD JACKSON<br><br>Defendant. | Case No.: 1:15-CR-00029-LJO<br><br>ORDER FOR TRANSPORT TO CENTRAL VALLEY TEEN CHALLENGE PROGRAM FOR JIMMIE RASHAD JACKSON |

IT IS HEREBY ORDERED that defendant Jimmie Rashad Jackson (Fresno County Jail ID 7068833) shall be released to Federal Defender Staff, specifically Kevin Mitchel from the Fresno County Jail on Tuesday, January 15, 2019, at 8:00 a.m. Mr. Mitchel will then transport Jimmie Rashad Jackson directly to the Central Valley Teen Challenge Program located in Reedley, California to be admitted and complete the entire 12-month residential program.

IT IS SO ORDERED.

Dated: **January 14, 2019**         /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE